**Order entered April 24, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-01564-CR
No. 05-13-01565-CR
No. 05-13-01566-CR

**TRACY REBECCA SIVERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-61367-M, F12-61732-M, F12-61733-M**

## ORDER

On February 18, 2014, this Court ordered the Dallas County District Clerk to file the clerk's records for these appeals within twenty-one days. To date, we have not received the clerk's records.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **TEN DAYS** of the date of this order. If the clerk's records are not filed within the time specified, the Court will utilize the available remedies to obtain the clerk's records.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Gary Fitzsimmons,

Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE